IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02303-PAB-MJW

KRISTIN J. SWANSON,

Plaintiff,

v.

LAW OFFICE OF SUSAN ADDISON BLUSH, P.C. d/b/a
KENTWOOD LAW GROUP, a California professional corporation,

Defendant.

MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

It is hereby ORDERED that Plaintiff's Motion to Vacate Status [sic] Conference (Docket No. 9) is GRANTED.  The scheduling conference set for October 16, 2012 at 9:30 a.m. is VACATED.

Date: September 28, 2012