IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  12-cv-02303-PAB-MJW

KRISTIN J. SWANSON,

Plaintiff,

v.

LAW OFFICE OF SUSAN ADDISON BLUSH, P.C. d/b/a
KENTWOOD LAW GROUP, a California professional corporation,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that Defendants' Stipulated Motion for Protective Order (docket no. 19) is GRANTED finding good cause shown.  The written Protective Order (docket no. 19-1) is APPROVED as amended in paragraphs 3(b) and 15 and made an Order of Court.

Date: January 3, 2013